UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>DAMIEN SHEETS, ESQ., et al.,<br><br>        Defendants. | Case No.: 2:24-cv-01016-RFB-BNW<br><br>**ORDER** |

Plaintiff Allan Moore brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered during his criminal case and while he was incarcerated at High Desert State Prison. ECF No. 1-1. According to the Nevada Department of Corrections inmate database, Plaintiff has been discharged or released from custody and is no longer at the address listed with the Court. But Plaintiff has not filed his updated address with the Court.

Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. "The notification must include proof of service on each opposing party or the party's attorney." *Id.* And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

It is therefore ordered that Plaintiff has **until January 6, 2025**, to file his updated address with the Court.

It is further ordered that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

DATED: December 5, 2024

_____
UNITED STATES MAGISTRATE JUDGE